**DIAL INDUSTRIAL SALES, INC.;**
Safe Step Reinsurance, Ltd.,
Plaintiffs–Appellees,

v.

**HOMESTEAD INSURANCE;** Concord Insurance Brokerage Inc.; **William H. Connolly & Co.;** Lobo Claims Management Inc., Defendants–Appellants.

No. 00–55162.

D.C. CV–98–06350–DT.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 6, 2001.[*]

Decided Aug. 24, 2001.

Before CYNTHIA HOLCOMB HALL and TROTT, Circuit Judges, and WINMILL,[**] District Judge.

ORDER [***]

We dismiss the appeal in this case for lack of jurisdiction. The "Stipulated Judgment" entered into by Dial and Connolly is not a final judgment. *See* 28 U.S.C. § 1291 (stating that parties may appeal only the "final decisions" of the district courts); *Dannenberg v. Software Toolworks, Inc.*, 16 F.3d 1073, 1075 (9th Cir. 1994) ("[T]he requirement that all claims of error be raised in a single appeal is not satisfied if there is a possibility that more than one appeal will be filed.").

[***] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.